UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| SCOTT MACARTHUR, | ) |
| Plaintiff, | ) |
| | ) No. 1-13-00115 |
| v. | ) Senior Judge Haynes |
| MARSHALL COUNTY, et al., | ) |
| Defendants. | ) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Docket Entry No. 175) to grant Defendant Derrick Schofield's motion for summary judgment (Docket Entry No. 112) and to deny all remaining motions as moot. Plaintiff has not filed an objection.

After de novo review, the Report and Recommendation is **ADOPTED,** and Defendant's motion for summary judgment (Docket Entry No. 112) is **GRANTED.** All pending motions are **DENIED as moot.** This action is **DISMISSED with prejudice.**

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the ___17th___ day of February, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge